C10930113259

LAW DIVISION  ES45 FAXED

MAY 1 4 2008

STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
Supreme Court, County of Orange

Serinsky's Garage Inc.

          against            Plaintiff(s)

Erie Insurance Company of New York

           Defendant(s)

2008-04354

RE : Erie Insurance Company of New York

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Verified Complaint in the above entitled action on May 8, 2008 at Albany, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

    Bloom & Bloom, P.C.
    Attorneys at Law
    530 Blooming Grove Turnpike
    P.O. Box 4323
    New Windsor, New York 12553

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

    Jan R. Van Gorder, Esquire
    Erie Insurance Company of New York
    100 Erie Insurance Place
    Erie, Pennsylvania 16530

*Clark J. Williams*
by Clark J. Williams
Special Deputy Superintendent

HOME OFFICE
MAY 1 4 2008

Dated Albany, New York, May 09, 2008
431609     C.A.#91255